# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jason Hullinger, et al,<br><br>      Plaintiffs,<br><br>v.<br><br>Kunal Anand, et al,<br><br>      Defendants. | Misc. No. _____<br><br>Related Action:<br><br>2:15-cv-07185-SJO-FFM (C. Dist. Cal.) |

### [PROPOSED] ORDER

Upon consideration of Movant's Motion to Quash Subpoena (the "Motion"), and any responses thereto:

IT IS HEREBY ORDERED this _____ day of _____, 2016, that Movant's Motion is GRANTED.  Plaintiffs are precluded from obtaining the records identified in the Subpoena.

                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE